UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61089-CIV-DAMIAN

**WENDELL MARK SANDERS**,

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and CAPITAL ONE BANK (USA), N.A.**,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Stipulation of Dismissal With Prejudice [ECF No. 25], filed August 28, 2024. Being fully advised, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITH PREJUDICE**.
2. Each party shall bear its own fees and costs.
3. The Clerk is directed to **CLOSE** this case.
4. Any pending motions are **DENIED AS MOOT** and any deadlines previously set are **TERMINATED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 29th day of August, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record